B6C (Official Form 6C) (04/13)

*Amended changes and Additions*

3

In re Jeffrey Douglas Canter ,     Case No. 2:14-bk-01366-DPC
         *Debtor*                              *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

**FILED FEB 21 2014**

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Government Employee Retired Pay | 5 U.S.C. § 8346(a) | | |
| Veterans Disability Compensation Benefits | 38 U.S.C. § 5301(a) | | |
| Armed Service retired or retainer pay | 10 U.S.C. § 1440 | | |

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6F (Official Form 6F) (12/07) - Cont.    Amended To Add Collections    AZB

FILED

FEB 2 1 2014

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

In re **Jeffrey Douglas Canter**, Case No. **2:14-bk-01366-DPC**
Debtor (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 551080758146 <br> Allied Interstate Inc <br> PO Box 4000 <br> Warrenton, VA 20188 | ☐ | | Debt collection agency for Chase Bank USA account # 2415 | ☐ | ☐ | ☐ | $ 0 |
| ACCOUNT NO. B-49695521 <br> Convergent Outsourcing Inc <br> PO Box 9004 <br> Renton, WA 98057 | ☐ | | Debt collection agency for Verizon Wireless account # 0001 | ☐ | ☐ | ☐ | $ 0 |
| ACCOUNT NO. 679662 <br> Gurtsel Chargo <br> 9320 East Raintree Dr <br> Scottsdale, AZ 85260 | ☐ | | Debt collection attorneys for Ally Financial Account # 085915380619 | ☐ | ☐ | ☐ | $ 0 |
| ACCOUNT NO. 6080 <br> Military Star <br> PO Box 650060 <br> Dallas, TX 75265 | ☐ | | Bankruptcy section for Military Star account | ☐ | ☐ | ☐ | $ 0 |
| ACCOUNT NO. F97794073 <br> Northland Group Inc <br> 7831 Glenroy Rd, Suite 250 <br> Edina, MN 55439 | ☐ | | Collection agency for Citi account # 5342 | ☐ | ☐ | ☐ | $ 0 |

Sheet no.___of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 0

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Allied Interstate LLC
551080758146
PO Box 4000
Warrenton, VA 20188


Convergent Outsourcing Inc
B-49695521
PO Box 9004
Renton, WA 98057


Gurstel Chargo
679662
9320 East Raintree Dr
Scottsdale, AZ 85260


Military Star
6019443000246080
PO Box 650060
Dallas, TX 75265


Northland Group Inc
F97794073
7831 Glenroy Rd, Suite 250
Edina, MN 55439