B 27 (Official Form 27) (12/13)

# UNITED STATES BANKRUPTCY COURT
### District of Arizona

In re Jeffrey Douglas Canter ,
*Debtor*

Case No. 2:14-bk-01366 DPC
Chapter 7

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: Navy Federal Credit Union

2. Amount of the debt subject to this reaffirmation agreement:
$ 13,326.42 on the date of bankruptcy $ 13,326.42 to be paid under reaffirmation agreement

3. Annual percentage rate of interest: 10.25 % prior to bankruptcy
10.25 % under reaffirmation agreement ( ✓ Fixed Rate ___ Adjustable Rate)

4. Repayment terms (if fixed rate): $ 482.27 per month for 32 months

5. Collateral, if any, securing the debt: Current market value: $ 17,355.00
Description: 2012 Harley Davidson Motorcycle

6. Does the creditor assert that the debt is nondischargeable? ___Yes ___ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

**Debtor's Schedule I and J Entries**

7A. Total monthly income from $ 4,452.91
Schedule I, line 12

8A. Total monthly expenses $ 3,539.34
from Schedule J, line 22

9A. Total monthly payments on $ 0.00
reaffirmed debts not listed on
Schedule J

**Debtor's Income and Expenses
as Stated on Reaffirmation Agreement**

7B. Monthly income from all $ 4,200.59
sources after payroll deductions

8B. Monthly expenses $ 1,920.00

9B. Total monthly payments on $ 482.27
reaffirmed debts not included in
monthly expenses

10B. Net monthly income $ 1,798.32
(Subtract sum of lines 8B and 9B from
line 7B. If total is less than zero, put the
number in brackets.)

11.  Explain with *specificity* any difference between the income amounts (7A and 7B):
     On Schedule I (7A) I list all of my income including retirement and VA disability but it only ask for payroll deductions from an employer. I don't list my deductions for my retirement until I get to schedule J, which includes taxes, life insurance and dental. On 7B I deduct all of it at the same time.

12.  Explain with *specificity* any difference between the expense amounts (8A and 8B):
     On schedule J (8A) I have to list all expenses plus the installment or lease payments on vehicles that I have and my retirement deductions. On 8B I am not listing any vehicles and not deducting for my retirement taxes and so forth.

     If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

| _____ | _____ |
|---|---|
| Signature of Debtor (only required if line 11 or 12 is completed) | Signature of Joint Debtor (if applicable, and only required if line 11 or 12 is completed) |

## Other Information

☐  Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the *sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:*

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
     _____Yes          ✓ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
     _____Yes          ✓ No

### FILER'S CERTIFICATION

     I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature

*Shannon Pierson Bankruptcy Specialist*
Print/Type Name & Signer's Relation to Case

B240A (Form B240A) (04/10)

Check one.
☐ Presumption of Undue Hardship
☑ No Presumption of Undue Hardship
*See Debtor's Statement in Support of Reaffirmation,
Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT

### District of Arizona

In re  Jeffrey Douglas Canter                              ,        Case No.  2:14-bk-10366-DPC
          *Debtor*

          Chapter  7

## REAFFIRMATION DOCUMENTS

### Name of Creditor: Navy Federal Credit Union

☑ Check this box if Creditor is a Credit Union

## PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed: Auto Loan

*For example, auto loan*

B. ***AMOUNT REAFFIRMED***:        $                    13,326.42

The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before    02/04/2014    , which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The ***ANNUAL PERCENTAGE RATE*** applicable to the Amount Reaffirmed is    10.2500 %.

*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)* ☑ Fixed rate                    ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

D. **Reaffirmation Agreement Repayment Terms** *(check and complete one)*:

☑ $ _482.27_ per month for _____32_____ months starting on __03/08/2014__ .

☐ Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.

E. Describe the collateral, if any, securing the debt:

Description: _____2012 Harley Davidson Motorcycle_____
Current Market Value $_____17,355.00

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

☑ Yes. What was the purchase price for the collateral? $_____22,000.00

☐ No. What was the amount of the original loan? $_____

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

| | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 13326.42 | $ 13326.42 |
| Annual Percentage Rate | 10.2500 % | 10.2500 % |
| Monthly Payment | $ 482.27 | $ 482.27 |

H. ☐ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:

## PART II.    DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one. ☐ Yes  ☑ No

B. Is the creditor a credit union?

Check one. ☑ Yes  ☐ No

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1.  Your present monthly income and expenses are:

    a. Monthly income from all sources after payroll deductions
    (take-home pay plus any other income)                                    $   4,200.59

    b. Monthly expenses (including all reaffirmed debts except
    this one)                                                                $   1,920.00

    c. Amount available to pay this reaffirmed debt (subtract b. from a.)     $   2,280.59

    d. Amount of monthly payment required for this reaffirmed debt           $     482.27

    *If the monthly payment on this reaffirmed debt (line d.) is greater than the amount you have available to
    pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption
    of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No
    Presumption of Undue Hardship."*

2.  You believe that this reaffirmation agreement will not impose an undue hardship on you or your
    dependents because:

    Check one of the two statements below, if applicable:

    [✓]   You can afford to make the payments on the reaffirmed debt because your monthly income is
          greater than your monthly expenses even after you include in your expenses the monthly
          payments on all debts you are reaffirming, including this one.

    [ ]   You can afford to make the payments on the reaffirmed debt even though your monthly income
          is less than your monthly expenses after you include in your expenses the monthly payments on
          all debts you are reaffirming, including this one, because:



    Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following
statement, if applicable:

    [ ]   You believe this Reaffirmation Agreement is in your financial interest and you can afford to
          make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

    (1)    I agree to reaffirm the debt described above.

    (2)    Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

    (3)    The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

    (4)    I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

    (5)    I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date **2/24/14**    Signature _____
                             *Debtor*

Date _____    Signature _____
                           *Joint Debtor, if any*

### Reaffirmation Agreement Terms Accepted by Creditor:

Creditor _Navy Federal Credit Union_    PO Box 3502 Merrifield VA 22119
            *Print Name*                         *Address*

SHANNON PIERSON _____    3-3-2014
    *Print Name of Representative*             *Signature*        *Date*

## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

    *To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date _____    Signature of Debtor's Attorney _____

                  Print Name of Debtor's Attorney _____

B240B (Form B240B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In re __Jeffrey Canter_____ ,     Case No. __14-01366_____
       *Debtor*

                                       Chapter _7_____


## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

——I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of Reaffirmation Agreement, and because *(provide any additional relevant reasons the court should consider)*:


Therefore, I ask the court for an order approving this reaffirmation agreement under the following provisions *(check all applicable boxes)*:

☑ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

☐ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income, as explained in Part II of Form B240A, Reaffirmation Documents)

Signed: _____
        *(Debtor)*


        _____
        *(Joint Debtor, if any)*

Date: __2/24/14___