LAWRENCE J. WARFIELD
Chapter 7 Panel Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 951-8759

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| CANTER, JEFFREY DOUGLAS | Case No: 2:14-bk-01366 DPC |
| Debtor(s) | **MOTION TO COMPEL TURNOVER** |

LAWRENCE J. WARFIELD, duly appointed Chapter 7 Trustee herein ("Trustee"),

respectively moves for an Order of the Court to compel Debtor(s), **JEFFREY DOUGLAS**

**CANTER** to turn over assets necessary to a thorough administration of this case. The Trustee's

motion is based on the following:

1.　　Debtor(s) filed a Voluntary Chapter 7 Petition on 02/04/2014.

2.　　Lawrence J. Warfield is the duly appointed chapter 7 Trustee.

3.　　Debtor's 341(a) Meeting of Creditors was conducted on 03/24/2014.

4.　　Debtor listed on his petition and schedules, a 2012 Harley Davidson Street Glide,

with scheduled value of $15,731.00, and a lien held by Navy Federal Credit Union, in the amount

of $13,330.49. Based on scheduled value and lien balance, there is non-exempt equity in the

amount of $2,400.51.

5.　　On March 3, 2014, a reaffirmation agreement, between debtor and Navy FCU, for

the 2012 Harley Davidson, was filed with this court (Docket number 22). The reaffirmation

agreement indicates the value of the 2012 Harley Davidson as $17,355.00 and a lien balance of

$13,326.42. Based on the reaffirmation agreement value and lien balance, the non-exempt equity

in the vehicle is $4,028.58.

6.     It is apparent that there is non-exempt equity in the vehicle, and therefore Trustee requests the immediate turnover of the vehicle, to be sold at auction, with the lienholder's security interest to attach to the proceeds of sale.

Wherefore, Trustee requests the Court enter an Order compelling Debtor to immediately turn over to the Trustee the 2012 Harley Davidson.

DATED this 31st day of March, 2014

By:   /s/ *Lawrence J. Warfield*
        Lawrence J. Warfield, Trustee

COPIES of the foregoing mailed this 31st day of March 2014, to:

CANTER, JEFFREY DOUGLAS
PO BOX 2486
ST JOHNS, AZ 85936
*Debtor(s)*

OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

By: /s/ *April L. Jordan*
        April L. Jordan