LAWRENCE J. WARFIELD
Chapter 7 Panel Trustee
P.O. BOX 14647
SCOTTSDALE, AZ 85267

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CANTER, JEFFREY DOUGLAS<br><br>Debtor(s) | Chapter 7<br><br>Case No. 2:14-bk-01366 DPC<br><br>**NOTICE OF HEARING RE: TRUSTEE'S MOTION TO COMPEL TURNOVER** |

NOTICE IS HEREBY GIVEN that the Court will conduct a hearing on the Trustee's Motion to Compel Turnover, before the Honorable Daniel P. Collins at the following location:

**U.S Bankruptcy Court**
**230 N. First Avenue, 6th Floor, Room 601**
**Phoenix, AZ 85003**

**DATE:** **May 1, 2014**

**TIME:** **1:30 P.M.**

DATED this 1st day of April, 2014

By: /s/ *Lawrence J. Warfield*
Lawrence J. Warfield
Chapter 7 Panel Trustee

**TO BE NOTICED TO ALL CREDITORS**
**AND INTERESTED PARTIES**
**BY THE BANKRUPTCY NOTICING CENTER**