LAWRENCE J. WARFIELD
Chapter 7 Panel Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 951-8759

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| CANTER, JEFFREY DOUGLAS | Case No.: 2:14-bk-01366 DPC |
| Debtor(s) | **MOTION TO APPROVE COMPROMISE** |

Lawrence J. Warfield, Chapter 7 Trustee herein (hereinafter "Trustee"), respectfully requests an order of this Court approving the Compromise by and between Trustee and **JEFFREY DOUGLAS CANTER** (hereinafter, "Debtor(s)"). By the signature of the parties herein, the parties have approved the terms of the Compromise as stated herein. Trustee's motion is as follows:

1. Debtor(s) filed a Voluntary Chapter 7 Petition on **02/04/2014.**

2. Debtor holds non-exempt equity in preferential transfers to friends and family, 2009 utility trailer; 1999 Grave utility trailer; Nomad travel trailer; Holiday Ramber; Smith & Wesson22; Marlin 17 HMR; and Taurus 38 Special (the "Property").

3. Debtor has made an offer to Trustee to settle the estate's claims relating to the Property.

4. Accordingly, the parties have agreed to settle this matter upon the following terms:

   a) Debtor shall pay to the Trustee, on behalf of the bankruptcy estate, $2,500.00, payable in one lump sum payment due to the Trustee on or before May 30, 2014;

   b) Debtor agrees that if she fails to submit payment to the Trustee, the Trustee shall file a Certificate of Non-Payment with the Court and obtain an immediate non-dischargeable judgment for the unpaid balance;

1

c) Upon payment of the total amount due, any and all interests held by the estate in the Property shall be released

5. The parties understand and acknowledge that this agreement shall become binding only upon Bankruptcy Court approval.

6. The parties submit that this Compromise is in the best interest of the bankruptcy estate and all interested parties. Based upon the value of the estate assets, this agreement is fair and reasonable given the time and expense of further litigation between Trustee and Debtor(s) and the chances of success in any such litigation.

**WHEREFORE**, Trustee respectfully requests an Order of this Court approving the Compromise between Trustee and Debtor(s) as stated herein.

Dated this 4th day of April, 2014.

_____
Lawrence J. Warfield
Chapter 7 Trustee

**ACCEPTED AND APPROVED:**

_____
JEFFREY DOUGLAS CANTER
*Debtor*

2

1 | COPIES of the foregoing MAILED this 4th day of April, 2014 to:

2 | CANTER, JEFFREY DOUGLAS
3 | PO BOX 2486
ST JOHNS, AZ 85936
4 | *Debtor(s)*

5 | OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
6 | SUITE 204
7 | PHOENIX, AZ 85003-1706

8 | By: /s/ *April L. Jordan*
April L. Jordan

3