LAWRENCE J. WARFIELD
Chapter 7 Panel Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 951-8759

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| CANTER, JEFFREY DOUGLAS | Case No. 2:14-bk-01366 DPC |
| Debtor(s) | **NOTICE OF FILING MOTION TO APPROVE COMPROMISE** |

**NOTICE IS HEREBY GIVEN** that the Chapter 7 trustee, Lawrence J. Warfield, ("Trustee"), has filed a Motion to Approve Compromise ("Motion"), between Trustee and JEFFREY DOUGLAS CANTER**,** regarding property (non-exempt equity in preferential transfers to friends and family, 2009 utility trailer; 1999 Grave utility trailer; Nomad travel trailer; Holiday Ramber; Smith & Wesson22; Marlin 17 HMR; and Taurus 38 Special). Pursuant to the terms of the Motion, Trustee, on behalf of this bankruptcy estate, has agreed to accept $2,500.00 from debtor(s) for the release of any and all interests held by the estate in the property.

The Motion can be obtained from the US Bankruptcy Court, 230 N. First Avenue, Suite 101, Phoenix, Arizona 85003, or from the Trustee at the address given below.

**NOTICE IS FURTHER GIVEN** that any objections to the Motion must be filed with the Court within **TWENTY ONE (21) DAYS** of service of the Motion and/or Notice of Filing of the Motion, and a copy served upon the following:

Lawrence J. Warfield
Chapter 7 Panel Trustee
PO Box 14647
Scottsdale, AZ 85267

If you do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief without a hearing.

If a party in interest timely objects to the Motion and requests a hearing, the matter will be placed on the calendar to be heard by the United States Bankruptcy Judge. Only those objecting and parties in interest will receive notice of hearing on the objections.

DATED this 4th day of April 2014

By: /s/ *Lawrence J. Warfield*
Lawrence J. Warfield
Chapter 7 Panel Trustee

**TO BE NOTICED TO ALL CREDITORS
AND INTERESTED PARTIES
BY THE BANKRUPTCY NOTICING CENTER**